**SPEERS SAND AND CLAY WORKS, Incorporated, and Mary W. F. Speers, Appellants, v. George D. PRATT, Appellee.**

Circuit Court of Appeals, Fourth Circuit.
November 13, 1928.

No. 2790.

M. W. F. Speers, of Washington, D. C., for appellants.

Edward P. Keech, Jr., of Baltimore, Md., for appellee.

PER CURIAM. Appeal dismissed, at the cost of appellants, on motion of appellee.

**STATE OF MICHIGAN, County of Charlevoix, City of Boyne City, County of Schoolcraft, and City of Manistique v. BANKERS' TRUST CO., Henry F. Wilson, Jr., Trustee, Charcoal Iron Co. of America, P. W. Chapman & Co., Inc., and Andrew H. Green, Jr., as Receiver.**

Circuit Court of Appeals, Sixth Circuit.
January 8, 1929.

No. 5126.

Wilber M. Brucker, Atty. Gen., Paul G. Eger, Asst. Atty. Gen., James C. Wood, City Atty., of Manistique, Mich., E. A. Ruegsegger, City Atty., of Boyne City, Mich., Virgil I. Hixson, Pros. Atty., of Manistique, Mich., and Arthur L. Fitch, Pros. Atty., of Charlevoix, Mich., for appellants.

Chapman & Cutler, of Chicago, Ill., Campbell, Bulkley & Ledyard, of Detroit, Mich., David A. Warner, of Grand Rapids, Mich., and Clark, Emmons, Bryant & Klein, of Detroit, Mich., for appellees.

PER CURIAM. Order of District Court set aside, and cause remanded, pursuant to stipulation of counsel.

**Walter SWASSKI v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
December 4, 1928.

No. 5323.

Morris Fitzgerald, of Detroit, Mich., for plaintiff in error.

John R. Watkins, U. S. Atty., of Detroit, Mich., for defendant in error.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.

**Albert Frederick THYBOE et al., Plaintiffs, Appellants, v. SAN JUAN FRUIT CO. et al., Defendants, Appellees.**

Circuit Court of Appeals, First Circuit.
May 25, 1928.

No. 2240.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. It is ordered that this case be, and the same hereby is, dismissed.

**Frank W. TOMPKINS, Plaintiff-Appellee, v. John ANDERSON, Impleaded with Anderson & Wheeler, Inc., Defendant-Appellant.**

Circuit Court of Appeals, Second Circuit.
January 7, 1929.

No. 139.

Jenkins, Dimmick & Finnegan, of New York City (William Dike Reed and K. Courtenay Johnston, both of New York City, of counsel), for appellant.

John C. Robinson, of New York City (Morris A. Wainger, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.